No. 86–219. SOUTHERN UNION CO. *v.* JICARILLA APACHE TRIBE ET AL.; No. 86–224. SOUTHLAND ROYALTY CO. *v.* JICARILLA APACHE TRIBE ET AL.; No. 86–225. EXXON CORP. *v.* JICARILLA APACHE TRIBE ET AL.; and No. 86–226. UNICON PRODUCING CO. *v.* JICARILLA APACHE TRIBE ET AL. C. A. 10th Cir. Motion of Mountain States Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 782 F. 2d 855 and 793 F. 2d 1171.